<pre>
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                            EASTERN DIVISION
</pre>

| | |
|---|---|
| MARY BIANCHI ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:20-CV-173-FL |
| KILOLO KIJAKAZI, Commissioner of ) | |
| Social Security, ) | |
|        Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2022, it is ordered that defendant pay to plaintiff $6,200.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $400.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on May 3, 2022, and Copies To:**
Meredith E. Marcus / Jeremy Denton Adams  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

May 3, 2022                    PETER A. MOORE, JR., CLERK

                                                 /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk